IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APPROXIMATELY $88,756.32 IN FUNDS<br>SEIZED BANK OF AMERICA ACCOUNT<br>XXXXXX0535, SUCH ACCOUNT HELD IN<br>THE OF CELLPORT INTERNATIONL INC. | CIVIL NO. 3:20CV594 |

**ORDER OF DEFAULT JUDGMENT**

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $88,756.32 in Funds seized from Bank of America account XXXXXX0535 in the name of Cellport International Inc. pursuant to a federal seizure warrant (WDNC Case 3:19MJ356) for forfeiture.**

Signed: January 12, 2021

Frank D. Whitney
United States District Judge